

# NUMBER 13-14-00206-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RICARDO M. VILLARREAL

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Order Per Curiam

Relator, Ricardo M. Villarreal, filed a petition for writ of mandamus in the above cause on April 4, 2014, contending that the City Secretary for the city of Palmview, Aida Rivas, should issue a notice of ineligibility as to Albino Villarrreal regarding his candidacy for the City Council for the City of Palmview. The Court requests that the real party in interest, Albino Villarreal, or any others whose interest would be directly affected by the relief sought herein, file a response to the petition for writ of mandamus on or before the

expiration of the business day on Thursday, April 10, 2014.  *See* TEX. R. APP. P. 52.4,

52.8.

IT IS SO ORDERED.


PER CURIAM


Delivered and filed the
4th day of April, 2014.